

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2019

No. 04-19-00060-CR

David Alan **BRUNDAGE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 15-10-12665-CR
Honorable Camile Glasscock Dubose, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED.

It is so **ORDERED** on May 22, 2019.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2019.

Keith E. Hottle, Clerk of Court